# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JULIE CASTINE,**

*Plaintiff,*

v.                                                                 Case No.: **1:25cv32-MW/MJF**

**UNITED STATES OF AMERICA,**

*Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to comply with two court orders, failure to comply with the Local Rules, failure to pay the filing fee, and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on May 28, 2025.

<u>s/Mark E. Walker                    </u>
**Chief United States District Judge**